UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BACON, | CV 18-5509 PA (MRWx) |
| Plaintiff, | JUDGMENT |
| v. | |
| 21st CENTURY INSURANCE COMPANY, | |
| Defendant. | |

Pursuant to the Court's November 20, 2018, Minute Order granting the Motion to Dismiss filed by defendant 21st Century Insurance Company ("Defendant"), which dismissed the Third Amended Complaint filed by plaintiff John Bacon ("Plaintiff") with prejudice and without leave to amend,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant shall have judgment in its favor against Plaintiff.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff take nothing and that Defendant shall have its costs of suit.

IT IS SO ORDERED.

DATED: November 20, 2018

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE